*See Lurz v. Galley,* No. 1:07–cv–00070–AMD (D.Md. Mar. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

**Jay Timothy LURZ, Plaintiff— Appellant,**

v.

**Jon P. GALLEY, Warden; Isaias Tessema, M.D.; Judith Lupton, LPN; Lt. D. White, H.U. #2 Manager; Barbara Newlon, Med. Man.; Mrs. Humbertson, Med. Director; Medical Staff, Defendants—Appellees.**

No. 08–6569.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 29, 2008.

Decided: Oct. 9, 2008.

Jay Timothy Lurz, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland; Philip Melton Andrews, Katrina J. Dennis, Kramon & Graham, Baltimore, Maryland, for Appellees.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jay Timothy Lurz appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny his motion for appointment of counsel and affirm for the reasons stated by the district court. *See Lurz v. Galley,* No. 1:07–cv–00072–AMD (D.Md. Mar. 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*